# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSHUA ALLEN STRICKLIN                                        PLAINTIFF

v.                                4:16CV00673-JTK

ROPER, et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of May, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE